IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | |
|---|---|
| **CONFESOR ARROYO NEGRON** <br> **NELIDA RODRIGUEZ ALVARADO** <br><br> Debtor(s) | Case No.: 04-12821 SEK <br><br> Chapter 13 |

## TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

**NOW COMES** José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

1. The Debtor(s) **failed to attend** the 341 Meeting scheduled in violation of Bankruptcy Rule 4002.

2. The Debtor(s) **failed to commence making payments** under the proposed plan in violation of what is required pursuant to 11 U.S.C. §1326(a)(1).

3. There is CAUSE for this case dismissal as the Debtor(s) is (are) in **material default** with respect to the terms of the confirmed plan (or proposed plan). As of **February 01, 2005** the default is equal to **$190.00**, or **1** month(s). 11 U.S.C. §1307(c)(6)

4. There is CAUSE for this case dismissal as the above described default and/or situation constitutes an **unreasonable delay** prejudicial to creditors. 11 U.S.C. 1307(c)(1)

**WHEREFORE** the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for *cause* pursuant to 11 U.S.C. §1307(c) for the reasons herein set forth.

**30 DAYS NOTICE:** In accordance with local *General Order No. 97-01*, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion to dismiss is submitted in writing within **30** days from the date appearing in the certificate of service, infra, the Court may grant this motion, or convert the case to a Chapter 7, without a hearing.

**CERTIFICATE OF SERVICE:** Pursuant to Bankruptcy Rule 2002(f) The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on this **same date** to: the DEBTOR(s) and her/his/their attorney, to all Creditors and to all Parties in Interest, to their respective address of record as they appear in the attached Master Address List.

In San Juan, Puerto Rico this __8__ day of __February__, 2005.

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550

By: _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:
**CONFESOR ARROYO NEGRON**
**NELIDA RODRIGUEZ ALVARADO**

Debtor(s)

Case No.: **04-12821 SEK**

Chapter 13

AFFIDAVIT FOR DEFAULT JUDGEMENT
PURSUANT TO SECTION 201(b)(4)
OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003

I, _ROLANDO MELENDEZ_ ,clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member (s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

In San Juan, Puerto Rico, February 01, 2005.

_[signature]_

Department of Defense Manpower Data Center          FEB-01-2005 10:36:21



Military Status Report
Pursuant to the Servicemen's Civil Relief Act of 2003

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| ARROYO | CONFESOR | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*Robert J. Brandewie* (signature)

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please fax your response to 703-696-4156 or call 703-696-6762 and further research will be done. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

Department of Defense Manpower Data Center          FEB-01-2005 10:36:46

 Military Status Report
Pursuant to the Servicemen's Civil Relief Act of 2003

| Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| RODRIGUEZ | NELIDA | | | | |
| Currently not on Active Military Duty, based on the Social Security Number and last name provided. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*Robert J Brandewie* (signature)

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please fax your response to 703-696-4156 or call 703-696-6762 and further research will be done. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

04-12821-5                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR          00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR          00901 |
| *JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br><br>VEGA BAJA PR          00694 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br><br>SAN JUAN PR          00902 |
| DEPARTMENT OF TREASURY<br>PO BOX 9024140<br><br>SAN JUAN PR          00902 | UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE<br>SAN JUAN PR          00918 |
| R&G MORTGAGE CORP<br>PO BOX 362394<br>280 JESUS T PINERO AVE<br>SAN JUAN PR          00936 | COOP A/C VEGABAJENA<br>PO BOX 4622<br>VEGA BAJA PR<br>          00694 |
| DEPT JUSTICE - FED LITIGATION<br>PO BOX 9020192<br>SAN JUAN  PR<br>          00902 | ASSOCIATES FINANCE<br>C/O FORTUNO & FORTUNO FAS<br>BOX 13665<br>SAN JUAN PR          00908 |
| FIRSTBANK DE PR/WESTERN AUTO<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR          00908 | R&G MORTGAGE CORP<br>C/O MARTINEZ & TORRES<br>PO BOX 192938<br>SAN JUAN PR          00919 |
| CITIBANK CCSI<br>C/O CARDONA JIMENEZ<br>PO BOX 9023593<br>SAN JUAN PR          00902 | CITIBANK CCSI<br>C/O CARDONA JIMENEZ LAW OFFICE<br>PO BOX 9023593<br>SAN JUAN PR          00902 |
| CONFESOR ARROYO NEGRON and NELIDA RODRIGUEZ ALVARADO<br>PO BOX 1220<br>VEGA BAJA PR<br>          00694 | |

DATED: February 8, 2005

OLGA SOSA
OFFICE OF THE CHAPTER 13 TRUSTEE