# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In the Matter of:
**CONFESOR ARROYO NEGRÓN**
**NELIDA RODRÍGUEZ ALVARADO**
Debtor(s)

Case No. **04-12821SEK**

Chapter 13

## VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtors, notifies the Court as follows,
1. Debtors, hereby request the voluntary dismissal of the above captioned case.
2. This case has not been previously converted from another chapter of the Code and no motion for Relief, Annulment of or conditioning of the automatic stay is pending against the debtor

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and grant the motion.

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been served by U.S. regular mail to: José R. Carrión, Chapter 13 Trustee, PO Box 9023884, San Juan, PR 00902-3884..

In Vega Baja, Puerto Rico, on this March 1, 2005.

**JUAN O. CALDERON LITHGOW**
**ATTORNEY FOR DEBTOR, 205607**
**P.O. BOX 1710**
**VEGA BAJA, PR 00694-1710**
**TEL.: 858-5476**