**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN THE MATTER OF:

CONFESOR ARROYO NEGRON

NELIDA RODRIGUEZ ALVARADO

XXX-XX-3792

XXX-XX-5115

**Debtor(s)**

CASE NO. 04-12821 SEK

Chapter 13

FILED & ENTERED ON 3/8/2005

### ORDER DISMISSING CHAPTER 13 CASE

Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b). The case has not been previously converted.

**WHEREFORE,** Debtor's request is granted and the case is hereby dismissed. The trustee is awarded costs in the sum of $65.00.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this 03 day of March, 2005.

**SARA E. DE JESUS KELLOG**
U.S. Bankruptcy Judge

c: ALL CREDITORS

  DEBTOR (S)
  JUAN O. CALDERON LITHGOW
  JOSE RAMON CARRION MORALES